IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

BYRON W. HARDAWAY,                    3:10-CV-3107-ST

    Petitioner,                  JUDGMENT

v.

MARK NOOTH,

    Respondent.

Based on the Court's Order (#39) issued February 8, 2012, the Court **DISMISSES** this matter **with prejudice** and **DECLINES** to issue a certificate of appealability.

IT IS SO ORDERED.

DATED this 8th day of February, 2012.

                      /s/ Anna J. Brown

                      ANNA J. BROWN
                      United States District Judge

1 - JUDGMENT